## United States District Court
## Western District of New York

KEITH W. PILLICH
          Appellant

                                                Docket No. 12-cv-1151A
      V.                                  BK 12-13024-CLB

WATERFALL VICTORIA
REO 2011-01, LLC
          Appellee

---

      A NOTICE OF APPEAL in the above entitled action was filed in this office on the 21st day of November, 2012.

      Please consult Bankruptcy Rule 8009 for the schedule for filing and serving briefs and reply briefs.

DATED: Buffalo, New York
          November 27, 2012

                                                **Michael J. Romer, Clerk**


                                              By: <u>s/Suzanne Grunzweig</u>
                                                    Deputy Clerk