
FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP

MORTGAGE DEFAULT LITIGATION DEPT.
53 GIBSON STREET
BAY SHORE, NY 11706
TEL: (631) 969-3100
FAX: (631) 982-4509

July 3, 2013

Honorable Richard J. Arcara
United States District Judge
2 Niagara Square
Buffalo, New York 14202

    Re:     Docket Number: 1:12-CV-01151-RJA
               Our File: 01-041744-F00

Dear Judge Arcara,

We are in receipt of the Declaration of Keith Pillich filed today in the above referenced matter. Please if advise if the Court is accepting the filing as it is being submitted after the Court imposed deadline for submission. In the event that the Court is going to accept the late submission, we are respectfully requesting two weeks to file opposition.

Please contact the undersigned at your earliest convenience.

                                       Thank you,

                                       Michelle D. Maccagnano